

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 12, 2013

**BY FACSIMILE**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*SO ORDERED*
*The conference is adjourned to*
*November 14, 2013 at 10:00 a.m.*

AUG 13 2013

*George B. Daniel*
**HON. GEORGE B. DANIELS**

Re:  United States v. Isaac Valdez
      05 Cr. 698 (GBD)

Dear Judge Daniels:

The Government writes to respectfully request an adjournment of the pretrial conference currently scheduled for August 14, 2013 at 10 a.m. for a period of 3 months. The parties are negotiating a disposition in this case and expect to have a disposition within that period. The extended adjournment is requested because the defendant also has a pending case in the District of Nevada, and the Government and the defendant are further attempting to negotiate a Rule 20 transfer and plea which will allow the defendant to obtain a global disposition of all the charges against him. I have spoken with defense counsel and he consents to this request.

Accordingly, I respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), from August 14, 2013 to the date of the next conference, for the reasons stated above.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  _Ryan P. Poscablo_

Ryan P. Poscablo
Assistant United States Attorney
Tel.: (212) 637-2634

cc:   Harry Rimm, Esq. (By facsimile)