```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
                                           :     No. 10 Cr. 910 (JSR)
     – against –                           :
                                           :     NOTICE OF APPEARANCE
                                           :
ISAAC VALDEZ-BARROT,                       :
                                           :
                 Defendant.                :
------------------------------------------ X
```

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel in this case for Defendant Isaac Valdez-Barrot.  I certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 14, 2013

                                      /s/ Karen E. Abravanel
                                      Karen E. Abravanel
                                      Sullivan & Worcester LLP
                                      1633 Broadway, 32nd Floor
                                      New York, New York 10019
                                      Telephone: (212) 660-3000
                                      Facsimile: (212) 660-3001
                                      kabravanel@sandw.com

## **CERTIFICATE OF SERVICE**

I certify that on August 14, 2013, I served a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties.

Dated: New York, New York
August 14, 2013

/s/ Karen E. Abravanel
Karen E. Abravanel