NOV-13-2013 14:03      U.S. ATTORNEY,S OFFICE                    212 637 0052       P.001/001



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2013

**BY FACSIMILE/E-MAIL**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*[Stamp: NOV 13 2013]*

*[Handwritten: SO ORDERED. The conference is adjourned to January 16, 2014 at 10:00 a.m.]*
*/s/ George B. Daniels*
**HON. GEORGE B. DANIELS**

Re:  United States v. Isaac Valdez
     05 Cr. 698 (GBD)

Dear Judge Daniels:

The Government writes to respectfully request an adjournment of the pretrial conference currently scheduled for November 14, 2013 at 10 a.m. for 45 days. The parties are continuing to negotiate a disposition in this case and hope to have a disposition within that period. As the Court is aware, the defendant also has a pending case in the District of Nevada, and the Government and the defendant are further attempting to negotiate a Rule 20 transfer and plea which will allow the defendant to obtain a global disposition of all the charges against him. I have spoken with defense counsel and he consents to this request.

Accordingly, I respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), from November 14, 2013 to the date of the next conference, for the reasons stated above.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Ryan P. Poscablo
Ryan P. Poscablo
Assistant United States Attorney
Tel.: (212) 637-2634

cc:  Harry Rimm, Esq.  (By facsimile)

TOTAL P.001