

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 9, 2014

**BY FACSIMILE/E-MAIL**

**SO ORDERED**
The conference is adjourned to February 13, 2014 at 10:00 a.m.

*[signature]*
HON. GEORGE B. DANIELS

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

JAN 15 2014

Re:   United States v. Isaac Valdez
      05 Cr. 698 (GBD)

Dear Judge Daniels:

The Government writes to respectfully request an adjournment of the pretrial conference currently scheduled for January 16, 2014 at 10 a.m. to the week of February 10, 2014. The parties are continuing to negotiate a disposition in this case and hope to have a disposition within that period. The parties have moved along in their negotiations concerning the case before Your Honor as well as a Rule 20 transfer and plea from the District of Nevada, which will allow the defendant to obtain a global disposition of all the charges against him. I have spoken with defense counsel and he consents to this request.

Accordingly, I respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), from January 16, 2014 to the date of the next conference, for the reasons stated above.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  *[signature]*
     Ryan P. Poscablo
     Assistant United States Attorney
     Tel.: (212) 637-2634

cc:   Harry Rimm, Esq.   (By facsimile)