

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com



February 7, 2014

**VIA FACSIMILE**

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B Daniel*

George B. Daniels, U.S.D.J.

Dated:

FEB 1 0 2014

Re:    United States v. Isaac Valdez, No. 05 Cr. 698 (GBD)

Dear Judge Daniels:

This firm represents defendant Isaac Valdez in the above-referenced action. I write to respectfully request an adjournment of the conference currently scheduled for February 13, 2014 at 10:00 a.m. to March 13, 2014 at 10:00 a.m. We request this adjournment because the parties are continuing to negotiate a disposition of all charges pending against Mr. Valdez, including those from Nevada. Government counsel consents to this request, and we consent to the exclusion of time through March 13, 2014.

Respectfully, submitted,

*Harry H. Rimm*

Harry H. Rimm

cc:    Ryan P. Poscablo, Esq. (Via Email)