

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 13 2014

March 11, 2014

SO ORDERED,

*George B Daniel*

George B. Daniels, U.S.D.J

MAR 13 2014

**VIA FACSIMILE**

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Isaac Valdez, No. 05 Cr. 698 (GBD)</u>

Dear Judge Daniels:

    This firm represents defendant Isaac Valdez in the above-referenced action. I write to respectfully request an adjournment of the conference currently scheduled for March 13, 2014 at 10:00 a.m. until May 22, 2014 at 10:00 a.m.

    We request this adjournment because the parties are continuing to negotiate a disposition of all charges pending against Mr. Valdez, including those from the District of Nevada. In particular, we are awaiting receipt of a revised plea agreement, which we will need to review and discuss with Mr. Valdez. In addition, we anticipate the need to follow-up with the U.S. Attorney's Office in Nevada concerning the monetary figures at issue in Count II.

    Counsel for the government consents to an adjournment. On behalf of Mr. Valdez, we consent to the exclusion of time through the next conference with the Court.

                          Respectfully submitted,

                          Harry H. Rimm

cc:    Ryan P. Poscablo, Esq. (Via Email)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC