

U.S. **Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2014

**SO ORDERED**
The conference is adjourned to August 19, 2014 at 10:00 a.m.

*George B Daniels*

**HON. GEORGE B. DANIELS**

MAY 23 2014

**BY FACSIMILE/E-MAIL**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Isaac Valdez</u>
05 Cr. 698 (GBD)

Dear Judge Daniels:

The Government writes to respectfully request an adjournment of the pretrial conference currently scheduled for May 22, 2014 at 10 a.m. to the week of August 19, 2014 at 10 a.m. The parties are continuing to negotiate a disposition in this case and hope to have a disposition within that period. I have spoken with defense counsel and he consents to this request.

Accordingly, I respectfully request that Your Honor exclude time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), from May 22, 2014 to the date of the next conference, for the reasons stated above.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: *Ryan P. Poscablo*

Ryan P. Poscablo
Assistant United States Attorney
Tel.: (212) 637-2634

cc: Harry Rimm, Esq. (By facsimile)