

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

September 18, 2014

*[Stamp: SEP 22 2014]*

**SO ORDERED**

The conference is adjourned to October 23, 2014 at 9:45 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

**VIA FACSIMILE (212) 805-6737**

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*[Stamp: SEP 19 2014]*

Re:   United States v. Isaac Valdez, No. 05 Cr. 698 (GBD)

Dear Judge Daniels:

    On behalf of the parties, I write to respectfully request an adjournment of the conference currently scheduled for September 23, 2014 until October 23, 2014 at 9:45 a.m. The government has no objection. On behalf of Mr. Valdez, we consent to the exclusion of time through the next conference with the Court.

Respectfully submitted,

*/s/ Harry H. Rimm*
Harry H. Rimm

cc:   Ryan P. Poscablo, Esq. (Via Email)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC