

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 05 2015

March 4, 2015

**SO ORDERED**
The sentencing is adjourned to March 31, 2015 at 10:00 a.m.

*George B. Daniels*

**HON. GEORGE B. DANIELS**

MAR 05 2015

**VIA FACSIMILE (212) 805-6737**

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Isaac Valdez, No. 05 Cr. 698 (GBD)

Dear Judge Daniels:

On behalf of Mr. Valdez, I write to respectfully request an adjournment of the sentencing scheduled for March 12, 2015 until the morning of March 31, 2015. Earlier this week, we received the Probation Department's revised Presentence Investigation Report, which we need to review and discuss with Mr. Valdez. The government does not object to this request.

Respectfully submitted,

Harry H. Rimm

cc: Alex Rossmiller, Esq. (Via Email)