

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 20 2015

March 19, 2015

**SO ORDERED**
The sentencing is adjourned to May 13, 2015 at 10:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

MAR 20 2015

**VIA FACSIMILE (212) 805-6737**

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   <u>United States v. Isaac Valdez, No. 05 Cr. 698 (GBD)</u>

Dear Judge Daniels:

    On behalf of Mr. Valdez, I write to respectfully request an adjournment of the sentencing scheduled for March 31, 2015 until the morning of May 13, 2015. Additional time is required in order to prepare Mr. Valdez's sentencing submissions. The government consents to this request.

Respectfully submitted,

*Harry H. Rimm*
Harry H. Rimm

cc: Alex Rossmiller, Esq. (Via Email)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC