

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com



MAY 08 2015

May 7, 2015

**SO ORDERED**

The conference is adjourned to May 28, 2015 at 11:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

**VIA FACSIMILE (212) 805-6737**

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Isaac Valdez, No. 05 Cr. 698 (GBD)

Dear Judge Daniels:

On behalf of Mr. Valdez, I write to respectfully request an adjournment of the sentencing scheduled for May 13, 2015 until 11:00 a.m., or another time convenient to the Court, on May 27, 2015. Additional time is required in order to translate materials from Spanish into English and to complete Mr. Valdez's sentencing submission. The government consents to this request.

Respectfully submitted,

Harry H. Rimm

cc: Alex Rossmiller, Esq. (Via Email)