

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

1 212 660 3000
F 212 660 3001
www.sandw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

May 13, 2015

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: MAY 14 2015

**VIA FACSIMILE (212) 805-6737**

Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Isaac Valdez, 05-CR-698(GBD)</u>

Dear Judge Daniels:

I write in connection with my appointment as CJA counsel for Isaac Valdez.

In connection with my continuing work on this matter, a paralegal has been assisting me from time to time with, among other things, gathering and reviewing documents; organizing exhibits for Mr. Valdez's sentencing submission; communicating with the office of our Mr. Valdez's former counsel in Texas; communicating with interpreters to arrange for the translation of numerous letters written in Spanish; and meeting with Mr. Valdez on several occasions at the MDC in Brooklyn. I understand from the CJA Office that my firm may be reimbursed for my colleague's assistance if I obtain the Court's approval.

We respectfully request that the Court authorize reimbursement for my colleague's time subject to a review of our bills and related worksheets by the CJA Office.

Respectfully submitted,

Harry H. Rimm