

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 27 2015**

May 22, 2015

**SO ORDERED
The sentencing is adjourned to
June 18, 2015 at 10:15 a.m.**

*[signature]*
HON. GEORGE B. DANIELS

**VIA FACSIMILE (212) 805-6737**

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Isaac Valdez, No. 05 Cr. 698 (GBD)

Dear Judge Daniels:

On behalf of Mr. Valdez, I write to respectfully request an adjournment of the sentencing scheduled for May 28, 2015 until 10:30 a.m. on June 18, 2015. Additional time has been required to meet with Mr. Valdez, review documents to be used in connection with sentencing and complete Mr. Valdez's sentencing submission. The government has no objection to this request.

Respectfully submitted,

*[signature]*

Harry H. Rimm

cc: Alex Rossmiller, Esq. (Via Email)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC