# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 15 2015*

June 12, 2015

**SO ORDERED**

The conference is adjourned to June 25, 2015 at 10:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

<u>VIA FACSIMILE (212) 805-6737</u>

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Isaac Valdez, No. 05 Cr. 698 (GBD)</u>

Dear Judge Daniels:

On behalf of Mr. Valdez, we write respectfully to request a brief adjournment of sentencing from June 18, 2015 until June 25, 2015. Additional time is required because we recently met with Mr. Valdez and require additional time to complete our sentencing submission and to address Probation's June 11, 2015 Addendum to the Presentence Report. The government does not object to this request.

Respectfully submitted,

Clark A. Freeman

cc: Alex Rossmiller, Esq. (Via Email)