**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
UNITED STATES OF AMERICA,

                        Plaintiff,

      -against-                        ORDER

ISAAC VALDEZ,                      5 Crim. 698-14 (GBD)

                 Defendant.

------------------------------------- x
GEORGE B. DANIELS, United States District Judge:

       Defendant's unopposed request for early and immediate termination of the remainder of his supervised release is GRANTED.

Dated: April 21, 2020
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge